```
JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.
```

____FILED  ____RECEIVED
____ENTERED  ____SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 2 8 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REBECCA TILLOTSON, individually,

    Plaintiff,

vs.

SMITH'S FOOD & DRUG CENTERS, INC. a foreign corporation; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X, inclusive;

    Defendants.

Case No. 2:17-cv-01414-JAD-VCF

ORDER

**NOTICE OF SETTLEMENT**

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN;

PLEASE TAKE NOTICE that the parties and their counsel participated in a private mediation on November 21, 2017 with Judge Stewart L. Bell, Retired acting as the mediator which resulted in a full and final settlement of all claims in the above captioned matter. Under the terms of the confidential settlement, Defendant SMITH'S FOOD & DRUG, CENTERS, INC. has agreed to pay an undisclosed sum of money to Plaintiff and her counsel. Further, it was agreed that each side will bear their own fees and costs and that Plaintiff is responsible to satisfy any and all liens arising out of the incidents described in the Complaint on file herein and to hold harmless and indemnify Defendant from any demand or claim arising out of said liens.

///
///
///
///

CLAC 4219019.1

The parties anticipate that it will take approximately 60 days for the parties to finalize the settlement and file a Stipulation and Order for Dismissal with this Court. During that time period, the parties request that any and all deadlines and filing dates be vacated.

Dated this 27th day of November, 2017.

COOPER LEVENSON, P.A.

By /s/ Jerry S. Busby
Jerry S. Busby
Nevada Bar No. 001107
1835 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

Status check hearing is set for 2/6/18 at 11:00 a.m., in Courtroom 3D.
If settlement/dismissal documents are received prior to the status check hearing, status check hearing will be vacated.

IT IS SO ORDERED:

11/28/17

CAM FERENBACH
U.S. MAGISTRATE JUDGE

CLAC 4219019.1